**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:26-cv-23157-GAYLES**

**RENZO BARBERI,**

     **Plaintiff**,

**v.**

**MC ENTERPRISES USA GROUP INC.,**
**and R & M GENERAL BUSINESS INC.,**

     **Defendants**.

_____/

**<u>ORDER</u>**

**THIS CAUSE** comes before the Court on Plaintiff Renzo Barberi's ("Plaintiff") Motion for Entry of Default Final Judgment against Defendant R & M General Business, Inc. ("Defendant"), (the "Motion"). [ECF No. 23]. The Court has reviewed the Motion and the record and is otherwise fully advised.

1.    On May 4, 2026, Plaintiff filed this action against Defendant, alleging claims for violation of the American with Disabilities Act.  [ECF No. 1].

2.    On May 14, 2026, Plaintiff served Defendant with the Summons and Complaint. [ECF No. 6]. To date, Defendant failed to timely answer or otherwise respond to the Complaint.

3.    On June 23, 2026, on Plaintiff's motion, [ECF No. 17], the Clerk entered a default against Defendant. [ECF No. 18].

4.    On July 3, 2026, Plaintiff filed the instant Motion seeking a default judgment against Defendant. [ECF No. 23].

5.    As a result of Defendant's failure to appear, respond to the Complaint, or otherwise appear in this action, the Court accepts as true Plaintiff's claims against Defendant.

Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiff's Motion, [ECF No. 23], is **GRANTED**. Because Defendant MC Enterprises USA Group, Inc., is participating in this action, the Court will defer entering a Final Judgment against the defaulted Defendant, R & M General Business, Inc., until all claims in this action are resolved. *See Mayorga v. Stamp Concrete & Pavers, Inc.*, No. 13-81274-CIV, 2015 WL 3556972, at *2 (S.D. Fla. Jun. 4, 2015) ("[W]hen one of several defendants who is alleged to be jointly liable defaults, judgment should not be entered against that defendant until the matter has been adjudicated with regard to all defendants, or all defendants have defaulted.") (citation omitted).

**DONE AND ORDERED** in Chambers at Miami, Florida, this 5th day of July, 2026.

**DARRIN P. GAYLES**
**UNITED STATES DISTRICT JUDGE**

2